[No. 11417-1-III.   Division Three.   August 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY E. LUTZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 90-1-00006-3, Jerry M. Moberg, J., entered January 25, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Thompson and Sweeney, JJ.

[Nos. 13335-1-II; 13836-1-II.   Division Two.   August 21, 1992.]

*In the Matter of the Marriage of* LINDA K. KENDALL, *Respondent, and* CHARLES R. KENDALL, JR., *Appellant.*

Appeals from judgments of the Superior Court for Pierce County, No. 85-3-05163-6, Nile E. Aubrey, J., entered October 6, 1989, and April 13, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Alexander, J.

[No. 31047-0-I.   Division One.   August 21, 1992.]

*In the Matter of the Dependency of* K.L.

Appeal from a judgment of the Superior Court for King County, No. 91-7-00047-4, Richard M. Ishikawa, J., entered July 16, 1992. *Reversed* by unpublished per curiam opinion.